# OFFICE OF THE
# CHAPTER 13 STANDING TRUSTEE

7 Southwoods Blvd., Albany, NY 12211

Andrea E. Celli, Esq.  
Trustee  
Bonnie Baker, Esq.  
Assoc. Attorney

Telephone: (518) 449-2043  
Facsimile: (518) 449-2473

For payments only:  
P.O Box 1918  
Memphis, TN 38101-1918

December 7, 2009

Bankruptcy Court  
James T. Foley U.S. Courthouse  
445 Broadway, Suite 306  
Albany, New York 12207

Re:    04-15640        Patricia Popolizio

To Whom It May Concern:

Enclosed please find check #**919664** in the amount of **$676.97**. Pursuant to the order of confirmation, we have been collecting funds for a creditor in this case and have attempted to distribute funds. The creditor has failed to cash checks. All attempts to contact and forward checks have been unsuccessful. The creditor name and address as listed on the proof of claim is as follows:

Claim No.        4

Account#        4121741664384273

Creditor        Capital One Bank  
                PO Box 85167  
                Richmond, VA 23285

Very truly yours,

*Cheryl Corning*

Cheryl Corning  
Office of Andrea Celli